UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARROWHEAD ENVIRONMENTAL PARTNERS, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>CSX TRANSPORTATION, INC.,<br><br>*Defendant*. | CIVIL ACTION NO. 3:22-CV-30135-KAR |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties hereby jointly stipulate to the dismissal of this action, with prejudice. The parties will each bear their own attorneys' fees and costs in connection with this action.

Respectfully submitted,

/s/ Dylan Sanders
Dylan Sanders (BBO No. 630668)
BEVERIDGE & DIAMOND, P.C.
155 Federal Street, Suite 1600
Boston, MA 02110
617-419-2300 (t)
DSanders@bdlaw.com

/s/ R. Eric Bilik
Douglas T. Radigan (BBO #657938)
Jared A. Fiore (BBO #684997)
PRINCE LOBEL TYE LLP
120 Front Street, Suite 830
Worcester, Massachusetts 01608
(617) 456-8000 (t)
dradigan@princelobel.com
jfiore@princelobel.com

*Admitted Pro Hac Vice*
R. Eric Bilik (FL Bar #987840)
MCGUIRE WOODS LLP
50 North Laura Street, Suite 3300
Jacksonville, FL 32202-3661
904-798-3200 (t)
ebilik@mcguirewoods.com

July 29, 2025